(May 13, 1971)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS STEVENS, Appellant.— Judgment,

Concur — Capozzoli, J. P., Nunez, Kupferman, Steuer and Eager, JJ.